[L. A. No. 11171. In Bank.—April 1, 1930.]

W. H. WASS, Respondent, v. BANK OF ITALY (a Corporation), Executor, etc., Appellant.

F. E. Borton, James Petrini, Borton & Petrini and Dorsey & Campbell for Appellant.

Harvey & Heard and Wiley & Harvey for Respondent.

THE COURT.—■ Upon the authority of *Wass* v. *Keene,* L. A. No. 12149, this day decided (*ante,* p. 263 [286 Pac. 1041]), and for the reasons stated therein, the judgment in the present action is hereby reversed.